**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JOEL BELL, et. al., | ) | No. CV 07-1166-PHX-SMM |
| Plaintiffs, | ) ) ) | **ORDER** |
| v. | ) ) | |
| CMK ENGINEERING, INC., an Arizona corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

Currently pending before the Court is the Stipulation (Doc. 12) filed by the parties to set aside the default entered by the Clerk of the Court on August 9, 2007. Upon stipulation and good cause appearing,

**IT IS HEREBY ORDERED** setting aside the default entered by the Clerk of the Court on August 9, 2007.

DATED this 29th day of August, 2007.

Stephen M. McNamee
United States District Judge