**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JOEL BELL, et. al., | ) | No. CV 07-1166-PHX-SMM |
| Plaintiffs, | ) ) ) | **ORDER** |
| v. | ) ) | |
| CMK ENGINEERING, INC., an Arizona corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

Upon stipulation (Doc. 15) of the parties that Defendant shall have an additional ten days within which to respond to Plaintiffs' Complaint and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant shall have up to and including September 24, 2007 within which to file and Answer or otherwise respond to Plaintiffs' Complaint.

DATED this 29th day of August, 2007.

Stephen M. McNamee
United States District Judge