**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOEL BELL, et. al., ) | No. CV 07-1166-PHX-SMM |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| CMK ENGINEERING, INC., an Arizona ) corporation, ) | |
| Defendant. ) | |

Plaintiffs move for an order allowing limited expedited discovery in this matter. Currently scheduled is a Rule 16 Conference for December 17, 2007. Rule 26 (d), Fed. Rules Civ. P., provides that discovery may not be commenced, without order of the court, until the parties have conferred as required by Rule 26(f). Therefore, Plaintiff filed the pending motion (Doc. 20), for which Defendant has not responded.

Specifically, Plaintiffs wish to serve a Rule 30(b)(6) deposition subpoena upon a representative of Defendant, CMK Engineering, Inc., seeking only "necessary payroll records" with which to determine the amount of wages and benefits which have not been paid to employees as required under the terms of a collective bargaining. Plaintiffs also seek information about the locations of jobs, the specific employees who worked on such jobs, and the hours and dates worked at each job in order to evaluate the prospects of filing lien claims or bond claims to secure unpaid fringe benefits. Plaintiffs further seek to obtain any and all public work bonds, subcontractor bonds, or other documents evidencing an obligation

1 on the part of third parties to pay wages and benefits due employees of CMK Engineering, Inc.

Moreover, Plaintiffs seek to serve Rule 30(b)(6) deposition subpoenas upon Defendant's three primary customers, Arizona Public Service Company, Tucson Electric Power, and TriCo Electric in order to determine the location of each project on which CMK worked, the existence of public works bonds, subcontractor bonds, or other documents which evidence an obligation on the part of a third party to pay contributions and wages owed to employees of CMK Engineering, Inc. Plaintiffs also seek to determine whether Defendant's customers are holding money or other assets with which to satisfy, in whole or in part, the obligations owed on behalf of the employees in order that Plaintiff may evaluate the wisdom of seeking provisional remedies in this matter.

This action came about as a result of the alleged failure of CMK to pay fringe benefits contributions due, which fund pension and health benefits to employees and their families. CMK has not paid those contributions since April, 2007, and has not reported employees for the months of April through October. (Complaint at paras. 9 - 11.) The expedited discovery requested is expected to provide Plaintiffs with an opportunity to make appropriate claims under bond and lien laws, if appropriate, to determine the full amount of contributions due, and to timely amend the complaint to show the actual amounts due to the various trust funds for the period in question.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion to issue an order granting Plaintiff's leave to issue subpoenas and take deposition testimony from one or more designated representatives of Defendant, Arizona Public Service Company, Tucson Electric Power Company, and TriCo Electric.

DATED this 21st day of November, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -