**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| JOEL BELL, et. al., ) | No. CV 07-1166-PHX-SMM |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CMK ENGINEERING, INC., an Arizona ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Currently before the Court is Defendant's Motion to Reconsider the Court's Order (Doc. 23) permitting Plaintiff's to conduct expedited discovery, including several depositions prior to the December 17, 2007 Scheduling Conference.[1]

CMK Engineering does not object to Plaintiffs serving it with a document request or interrogatories prior to the December 17, 2007 Scheduling Conference. It contends that any and all relevant information can be obtained through these methods without the expense and potential business damage that may potentially be caused by deposing CMK's clients, none of whom has information related to whether any money or how much is owed by CMK to Plaintiffs. CMK asserts that proceeding in this manner is reasonable, economical, and will protect any genuine interest or need Plaintiffs may have. This Court agrees. The issues surrounding these depositions should be discussed at the December 17, 2007 Scheduling

---

[1] The Court received Defendant's Response in Opposition the same day the Order was entered.

1 Conference. In the meantime, Plaintiffs are permitted to serve document requests and
2 interrogatories on CMK, and CMK shall timely respond.

3 Accordingly,

4 **IT IS HEREBY ORDERED GRANTING** CMK's Motion for Reconsideration of
5 the Court's November 21, 2007 Order (Doc. 23).

6 **IT IS FURTHER ORDERED vacating** the Court's previous Order (Doc.22)
7 granting Plaintiff's motion for expedited discovery.

8 **IT IS FURTHER ORDERED** that prior to the December 17, 2007 Scheduling
9 Conference, Plaintiffs may serve document requests and interrogatories on CMK, and CMK
10 shall timely respond.

11 DATED this 27th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -