**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOEL BELL, et. al., | No. CV 07-1166-PHX-SMM |
| Plaintiffs, | |
| v. | **ORDER** |
| CMK ENGINEERING, INC., an Arizona corporation, | |
| Defendant. | |

Upon stipulation of the parties, and for good cause appearing,

**IT IS HEREBY ORDERED:**

Judgment shall be entered **in favor of Plaintiffs and against Defendant** CMK Engineering, Inc. as follows:

IBEW Local 769 Management Pension Trust Fund

      Contributions      $69,047.66
      Liquidated Damages  $ 8,122.29

IBEW Local 769 Health & Welfare

      Contributions      $ 532.76
      Liquidated Damages  $ 1,020.00

IBEW Local 769 401(k) Trust Fund

      Contributions      $ 532.76
      Liquidated Damages  $ 1,020.00

Plaintiffs' Costs, including filing fee and Service of Process: $  499.90

Plaintiffs' Attorney's fees:                                    $6,755.00

DATED this 6th day of February, 2008.

_____
Stephen M. McNamee
United States District Judge