**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| JOEL BELL, et. al., ) | No. CV 07-1166-PHX-SMM |
| Plaintiffs, ) | |
| v. ) | **ORDER** |
| CMK ENGINEERING, INC., an Arizona ) corporation, ) | |
| Defendant. ) | |

Pending before the Court is Defendant's counsel, Tracy A. Miller and the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Notice of Withdrawal (Doc. 33) and consent thereto signed by Michael Keith, on behalf of Defendant. Good cause appearing,

**IT IS HEREBY ORDERED** approving and confirming the withdrawal of Tracy A. Miller and the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as counsel of record for Defendant CMK Engineering, Inc.

**IT IS FURTHER ORDERED** that the law firm of Stephen D. Smith LLC, shall be substituted as counsel of record for Defendant CMK Engineering, Inc.

**IT IS FURTHER ORDERED** that all future pleadings, orders, and related matters shall be directed to Defendant CMK Engineering, Inc., at **Stephen D. Smith, Law Office of Stephen D. Smith LLC, 3626 E. Camelback Rd., Phoenix, AZ 85018.**

DATED this 18th day of April, 2008.

Stephen M. McNamee
United States District Judge